UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JEAN MARC DESMARAT,

                Petitioner,

  -against-

DALE ARTUS, Superintendent,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
09-CV-0231 (JG)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ SEP - 4 2009 ★
TIME A.M. / P.M.

    A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on September 3, 2009, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

    ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
       September 04, 2009

                                      Robert C. Heinemann
                                      Clerk of Court

                            By: s/Terry Vaughn
                                    Terry Vaughn
                                    Chief Deputy of
                                    Court Operations